E. BRYAN WILSON
Acting United States Attorney

JAMES KLUGMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.klugman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  vs.<br><br>LUKE EDWARD FOSTER,<br><br>              Defendant. | No. 3:21-cr-00114-SLG-KFR<br><br>COUNT 1<br>DISTRIBUTION OF CONTROLLED SUBSTANCES<br>   Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(C)<br><br>COUNT 2<br>POSSESSION OF CONTROLLED SUBSTANCES WITH INTENT TO DISTRIBUTE<br>   Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(C)<br><br>COUNT 3<br>POSSESSION OF FIREARMS IN FURTHERANCE OF DRUG TRAFFICKING CRIME<br>   Vio. of 18 U.S.C. § 924(c)(1)(A)(i)<br><br>CRIMINAL FORFEITURE ALLEGATION 1<br>   21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |

CRIMINAL FORFEITURE
ALLEGATION 2
18 U.S.C. § 924(D), 28 U.S.C. §
2461(C), Fed. R. Crim. P. 32.2(A)

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

On or about November 9, 2021, within the District of Alaska, the defendant, LUKE EDWARD FOSTER, knowingly and intentionally distributed a controlled substance, psilocybin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 2

On or about November 23, 2021, within the District of Alaska, the defendant, LUKE EDWARD FOSTER, knowingly and intentionally possessed a controlled substance, psilocybin, with intent to distribute.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 3

On or about November 23, 2021, within the District of Alaska, the defendant, LUKE EDWARD FOSTER, knowingly possessed firearms in furtherance of the drug trafficking crime charged in Count 2 of this Indictment, to wit: a Glock 45 9mm semiautomatic pistol, a Smith & Wesson M&P 9mm semiautomatic pistol, a Ruger Mark IV .22LR semiautomatic pistol, an Anderson Manufacturing AM-15 5.56mm semiautomatic rifle, an

Anderson Manufacturing AM-15 lower receiver, a Mossberg 500 12-gauge shotgun, a Romarm/Cugir WASR 10/63 7.62mm semiautomatic rifle, an Aero Precision lower receiver, a Henry lever-action rifle, and a GSG Firefly .22LR semiautomatic pistol.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## CRIMINAL FORFEITURE ALLEGATION 1

The allegations contained in Counts 1-2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2) and 28 U.S.C. § 2461(c).

Upon conviction for the offenses in violation of 21 U.S.C. § 841 set forth in Counts 1-2 of this Indictment, the defendant, LUKE EDWARD FOSTER, shall forfeit to the United States any property constituting or derived from, and any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including but not limited to:

1. A Glock 45 9mm semiautomatic pistol, serial number BUVX580;
2. A Smith & Wesson M&P 9mm semiautomatic pistol, serial number NJD6958;
3. A Ruger Mark IV .22LR semiautomatic pistol, serial number 500192526;
4. An Anderson Manufacturing AM-15 5.56mm semiautomatic rifle, serial number 21060380;

5. An Anderson Manufacturing AM-15 lower receiver, serial number 21605360;

6. A KelTec Sub-2000 G17 9mm semiautomatic rifle, serial number FFJ972;

7. A Mossberg 500 12-gauge shotgun, serial number U898557;

8. A Taurus PT111 G2 9mm semiautomatic pistol, serial number TKU37990;

9. A Romarm/Cugir WASR 10/63 7.62mm semiautomatic rifle, serial number 1971 CS2227

10. An Aero Precision lower receiver, serial number X168177;

11. A Henry lever-action rifle, serial number 618461H;

12. A GSG Firefly .22LR semiautomatic pistol, serial number F404644;

13. Associated ammunition and firearms magazines;

14. Firearms accessories; and

15. Approximately $6,980 in U.S. currency.

All pursuant to 21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. Rule 32.2(a) of the Federal Rules of Criminal Procedure.

CRIMINAL FORFEITURE ALLEGATION 2

The allegations contained in Count 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction for the offense in violation of 18 U.S.C. § 924 set forth in Count 3 of this Indictment, the defendant, LUKE EDWARD FOSTER, shall forfeit to the United

States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition used in knowing violation of the offense, including but not limited to:

1. A Glock 45 9mm semiautomatic pistol, serial number BUVX580;
2. A Smith & Wesson M&P 9mm semiautomatic pistol, serial number NJD6958;
3. A Ruger Mark IV .22LR semiautomatic pistol, serial number 500192526;
4. An Anderson Manufacturing AM-15 5.56mm semiautomatic rifle, serial number 21060380;
5. An Anderson Manufacturing AM-15 lower receiver, serial number 21605360;
6. A KelTec Sub-2000 G17 9mm semiautomatic rifle, serial number FFJ972;
7. A Mossberg 500 12-gauge shotgun, serial number U898557;
8. A Taurus PT111 G2 9mm semiautomatic pistol, serial number TKU37990;
9. A Romarm/Cugir WASR 10/63 7.62mm semiautomatic rifle, serial number 1971 CS2227
10. An Aero Precision lower receiver, serial number X168177;
11. A Henry lever-action rifle, serial number 618461H;
12. A GSG Firefly .22LR semiautomatic pistol, serial number F404644; and
13. Associated ammunition and firearms magazines.

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a).

A TRUE BILL.

s/ Grand Jury Foreperson<br>
GRAND JURY FOREPERSON

s/ James Klugman  
JAMES KLUGMAN  
Assistant U.S. Attorney  
United States of America

s/ Christina Sherman for  
E. BRYAN WILSON  
Acting United States Attorney  
United States of America

DATE: Dec 14, 2021