S. LANE TUCKER
United States Attorney

KAYLA DOYLE
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Email: kayla.doyle@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUKE EDWARD FOSTER,<br><br>Defendant. | Case No. 3:21-cr-00114-SLG-MMS |

**NOTICE TO DISCONTINUE ELECTRONIC SERVICE**

Comes now the United States of America, by and through undersigned counsel, and hereby notifies the Court that Assistant United States Attorney Kayla Doyle is no longer an active participant in the above-referenced case. The government authorizes the Clerk's Office to terminate service on Ms. Doyle of all future documents filed in this case.

RESPECTFULLY SUBMITTED on March 31, 2023, at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

*s/ Kayla Doyle*
KAYLA DOYLE
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2023, a true and correct copy of the foregoing was served electronically on the following:

Counsel of Record

s/ *Kayla Doyle*
Office of the United States Attorney