# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LUKE EDWARD FOSTER,<br><br>    Defendant. | Case No. 3:21-cr-00114-SLG-MMS |

### ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 59. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Defendant entered guilty pleas to Counts 2 of the Indictment, Possession of Controlled Substance with the Intent to Distribute in violation of 21 § U.S.C. 841(a)(1), (b)(1)(c), and Counts 4 and 5 of the Misdemeanor Information, Damage to Religious Property, violations of 18 U.S.C. § 247(c). Defendant also admitted to Criminal Forfeiture Allegation 1.

Judge Scoble issued a Final Report and Recommendation at Docket 65, in which he recommended that the District Court accept Defendant's pleas of guilty

to Counts 2, 4, and 5 of the Indictment and Misdemeanor Information and accept Defendant's admission to Criminal Forfeiture Allegation 1. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's pleas of guilty to Counts 2 of the Indictment and Counts r and 5 of Misdemeanor Information and Defendant is adjudged GUILTY of Counts 2, 4, and 5. The Court also ACCEPTS Defendant's admission to Criminal Forfeiture Allegation 1. An Imposition of Sentence hearing has been scheduled for **July 25, 2023, at 10:00 a.m.** before District Judge Sharon L. Gleason in Anchorage Courtroom 2.

DATED this 8th day of May, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:221-cr-00114-SLG-MMS, *United States v. Foster*
Order Re Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty
Page 2 of 2
Case 3:21-cr-00114-SLG-MMS   Document 66   Filed 05/08/23   Page 2 of 2